JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Rudolph McKenney & Cynthia McKenney-Pittman, Co-Administrators of the Estate of James Pittman

**DEFENDANTS**
The United States of America

**(b)** County of Residence of First Listed Plaintiff: Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Joseph Chaiken, Esq - Joseph Chaiken & Associates
1800 JFK Blvd., Suite 810, Philadelphia, PA 19103
215-564-1800

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
Federal Tort Claims Act

Brief description of cause:
Tort Claims Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 10,000,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 02/28/2020
SIGNATURE OF ATTORNEY OF RECORD

FEB 28 2020

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**20   1211**

## DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 2714 N Sydenham Street, Philadelphia, PA 19132

Address of Defendant: 50 Irving Street, NW 118A, Washington, DC 20422

Place of Accident, Incident or Transaction: 2714 N Sydenham Street, Philadelphia, PA 19132

---

**RELATED CASE, IF ANY:**

Case Number: _____    Judge: _____    Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes [ ]  No [✓]

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes [ ]  No [✓]

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes [ ]  No [✓]

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes [ ]  No [✓]

I certify that, to my knowledge, the within case [ ] is / [✓] is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 02/28/2020    *Attorney-at-Law / Pro Se Plaintiff*    31187    *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A. Federal Question Cases:**
1. Indemnity Contract, Marine Contract, and All Other Contracts
2. FELA
3. Jones Act-Personal Injury
4. Antitrust
5. Patent
6. Labor-Management Relations
7. Civil Rights
8. Habeas Corpus
9. Securities Act(s) Cases
10. Social Security Review Cases
11. [✓] All other Federal Question Cases
    *(Please specify):* Tort Claims Act

**B. Diversity Jurisdiction Cases:**
1. Insurance Contract and Other Contracts
2. Airplane Personal Injury
3. Assault, Defamation
4. Marine Personal Injury
5. Motor Vehicle Personal Injury
6. Other Personal Injury *(Please specify):* _____
7. Products Liability
8. Products Liability – Asbestos
9. All other Diversity Cases
   *(Please specify):* _____

---

## ARBITRATION CERTIFICATION
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, **Joseph Chaiken, Esq**, counsel of record or pro se plaintiff, do hereby certify:

[✓] Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

[ ] Relief other than monetary damages is sought.

FEB 28 2020

DATE: 02/28/2020    *Attorney-at-Law / Pro Se Plaintiff*    31187   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

Est. of James Pittman : CIVIL ACTION
:
v. : 20  1211
:
The United States of America : NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                         ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                               ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                        ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)

(f) Standard Management – Cases that do not fall into any one of the other tracks.               (X)

2/28/20             _____             Plaintiffs
**Date**            **Attorney-at-law**                   **Attorney for**

215-564-1800        215-564-5524                          jchaiken@jchaikenlaw.com
**Telephone**       **FAX Number**                        **E-Mail Address**

(Civ. 660) 10/02

FEB 28 2020

**JOSEPH CHAIKEN & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
1800 JOHN F. KENNEDY BOULEVARD
FOURTEENTH FLOOR
PHILADELPHIA, PA 19103

(215) 564-1800
(215) 564-5524 - FAX

JOSEPH CHAIKEN
JERRY LYONS*
LEE S. BENDER**
KELSEY L. GAYNIER

*ALSO ADMITTED IN WASHINGTON, DC
**ALSO ADMITTED IN NEW JERSEY

NEW JERSEY OFFICE
5 SPLIT ROCK DRIVE
CHERRY HILL, NJ 08003

REPLY TO PHILADELPHIA OFFICE

February 28, 2020

20   1211

United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106-179
Attn: Clerk of Court

RE:   **Est of James Pittman v The United States of America**
      **Civil Action No.: TBD**

Dear Sir/Madam:

Enclosed please find an initial Complaint, Civil Coversheet, Case Management Track Designation Form, Designation Form, and a check in the amount of $400.00 for filing with the Court.

Kindly return a time-stamped copy of the Complaint using the self-addressed stamped envelope provided within.

Thank you for your attention to this matter.

Very truly yours,

JOSEPH CHAIKEN & ASSOCIATES, PC

JOSEPH CHAIKEN, ESQUIRE

JC/bc
Enclosures

**JOSEPH CHAIKEN & ASSOCIATES, P.C.**
By: Joseph Chaiken, Esquire, Attorney I.D. No.31187
1800 John F. Kennedy Boulevard, Suite 810
Philadelphia, Pennsylvania 19103
(215)564-1800
jchaiken@jchaikenlaw.com         ATTORNEY FOR PLAINTIFFS

| | |
|---|---|
| Rudolph McKenney and<br>Cynthia McKenney-Pittman<br>Co-Administrators of<br>The Estate of James Russell Pittman,<br>on behalf of the Estate of<br>James Russell Pittman, and the heirs of<br>James Russell Pittman, and Cynthia Mc-<br>Kenney Pittman in her own right<br>2714 Syndenham Street<br>Philadelphia, PA 19132<br><br>v.<br><br>The United States of America<br>c/o U.S Department of Veterans Affairs<br>Office of General Counsel<br>Warminster, PA 18974<br>1010 Delafield Road<br>Pittsburgh, PA 15215<br><br>And<br><br>120 Le Brun Road<br>Buffalo, NY 14215<br><br>And<br><br>3900 Woodland Avenue<br>Philadelphia, Pa. 19104 | IN THE UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF PA<br><br><br><br><br><br><br><br><br><br><br><br>NO.: 20 1211 |

## COMPLAINT

1. Plaintiffs Rudolph McKenney and Cynthia McKenney Pittman are individuals, administrators of the Estate of James Russell Pittman who died on February 19, 2019. The administrators bring this claim for the injuries sustained by the decedent during his

lifetime, and for his wrongful death and for the injuries and losses sustained by his wife, Cynthia McKenney Pittman.

2. Defendant is the United States of America. Plaintiffs submitted a form 95 claim for Damage Injury or Death form on or about June 7, 2019 alleging that the defendant was negligent in regard to the maintenance and care of decedent's wheelchair lift. A copy of the form 95 is attached hereto as Exhibit A. The Plaintiffs incorporate the allegations set forth in the Form 95 form as if they were fully set forth herein. On September 3, 2019, the US Department of Veterans Affairs Office of Regional Counsel notified Plaintiff's counsel that it was denying Plaintiff's Claim.

3. Plaintiffs file this action alleging that the defendant was negligent in the maintenance and care of the decedent's wheelchair lift which resulted in a significant fall on September 11, 2017, and the injuries and death of the decedent and to preserve the time limitation period for filing such a claim.

4. As a result of the negligence of the defendant decedent sustained serious injury to his head, and body and severe nervous shock. He was rendered unconscious/semiconscious due to his fall. He had suffered severe nervous shock, and conscious pain and suffering, and he has incurred medical bills in an effort to effect a cure or amelioration of his injuries. As a result of his injuries he has been prevented from attending to his usual activities. All of his injuries were permanent and lasted until he died on February 19, 2019. Plaintiff died due to the injuries he sustained in this fall.

5. Defendant was negligent and careless in inter alia:

    a. Failing to make certain the lift had adequate safety devices;
    b. Failing to make certain that the lift worked properly;
    c. Failing to replace the aforesaid lift,
    d. Failing to secure the lift so as to avoid injury to persons using it;
    e. Failing to replace parts of the lift;
    f. Failing to take action to replace the lift
    g. Otherwise acting in a careless and negligent manner.
    h. Failing to immobilize the lift until repairs had been made

6. Plaintiff Cynthia Pittman is the wife of Plaintiff James Pittman and was his wife at the time of the aforesaid fall. Due to the fall and the injuries sustained by her husband Plaintiff, Cynthia Pittman sustained emotional distress, and a loss of consortium.

### Count I Wrongful Death and Survival

7. All of the foregoing paragraphs are incorporated herein and made a part hereof as if fully set forth.

Wherefore, Plaintiff claims on behalf of the Estate of James Russell Pittman, and on behalf of the heirs of the Estate of James Russell Pittman and on behalf of Cynthia McKenney Pittman all Wrongful Death and Survival damages including, without limitation, all administrative, hospital, medical, funeral, burial expenses; loss of companionship, tutelage and affection, and all pain and suffering of James Russell Pittman from the date of injury until the date of death. The amount claimed is $10,000,000.00.

### Count II Cynthia McKenney Pittman –Loss of Consortium

8. All prior paragraphs are incorporated herein.

Wherefore, Plaintiff Cynthia Pittman claims damages for her emotional distress, and loss of consortium in an amount of $10,000,000.00.

JOSEPH CHAIKEN & ASSOCIATES, PC

BY: _____
JOSEPH CHAIKEN, ESQUIRE